UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-07951 DDP (AGRx) | Date | September 16, 2014 |
| Title | TIMOTHY A. MURPHY -V- MONTEBELLO TEACHERS ASSOCIATION, a California corporation | | |

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

Proceedings:   MINUTE ORDER (IN CHAMBERS)

   The Court MODIFIES and GRANTS IN PART the APPLICATION TO REDACT PAGES (DOCKET NUMBER 30).  Therefore, the OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (DOCKET NUMBER 25) is hereby placed under seal.

| | : | N / A |
|---|---|---|
| | Initials of Preparer | JAC |