JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MURPHY,<br><br>    Plaintiff,<br><br>vs.<br><br>MONTEBELLO TEACHERS ASSOCIATION,<br>A California corporation,<br><br>    Defendant. | Case No. CV 13-07951 DDP (AGRx)<br><br>FINAL JUDGMENT<br>[Fed. R. Civ. P. 56] |

    The Court, having considered Defendant's Motion for Summary Judgment, including all of the evidence and argument presented by the parties, hereby GRANTS the motion, for the reasons stated in the Order Granting Defendant's Motion for Summary Judgment (Docket No. 47).

///

///

///

1
2       IT IS THEREFORE ORDERED that this action is hereby DISMISSED, WITH
3 PREJUDICE. Each side shall bear its own costs.
4
5       IT IS SO ORDERED:
6
7 Date: November 14, 2014
                                    Hon. Dean D. Pregerson
8                                     United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28